Case No. 6:11-CV-06057

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 31 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

Honorable Robert T. Dawson

I'm writing you concerning the above case reference Judge Bryant I received my report and recommendations from you on July 10, 2012 which was a certified letter however this was filed on January 30, 2012 and filed a second time on February 27, 2012 both times in your Western District Judge Bryant I have written Several letters asking the Status on my Civil Suit I have enclosed Copies of letters That I had wrote to the Courts I received a letter from the Eastern District dated April 12, 2012 and it Shows that they forwarded all my letters to your District which is in the Western District So on July 3, 2012 I received another letter from the Eastern District At that time I wrote another letter to the Western District And at this time Judge Robert T. Dawson I would like to ask that you will allow me to resumitt my Civil Suit I have also Sent Copies Showing that while being at Wrightsville Hawkins Unit I received No mail from y'all Since my Case was transferred from the Eastern Dist. Except for the Certified letter I received on July 10, 2012 So again I Tina Morgan #704371 pray you will allow me to re-Submit my Civil Suit Thanks for your time and Consideration

Respectfully Submitted

Tina Morgan # 704371
/s/ Tina Morgan
1000 Rice Belt Ave.
Dewitt, AR. 72042

PATRICIA BAZAROW
NOTARY PUBLIC-STATE OF ARKANSAS
ARKANSAS COUNTY
My Commission Expires 10-29-2019
Commission # 12373696

SUBSCRIBED AND SWORN TO BEFORE ME,
A NOTARY PUBLIC THIS 16 DAY OF July

Patricia Bazarow
NOTARY PUBLIC

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
Room A149
LITTLE ROCK, ARKANSAS 72201

JAMES W. McCORMACK
CLERK

PHONE 501-604-5351
FAX 501-604-5321

April 12, 2012

Ms. Tina Morgan
ADC #704371
Post Office Box 1010
Wrightsville, Arkansas 72183

    Re:   Morgan v. Pike County Jail, et al - Western District Case No. 6:11CV06057 RTD

Dear Ms. Morgan:

Thank you for your letter dated April 9, 2012. Our office received it in the mail today and we have forwarded it to the Clerk for the United States District Court for the Western District of Arkansas, Christopher Johnson, since your case was transferred to the Western District of Arkansas.

Thank you.

Sincerely,

*Dennis Wysocki*

DENNIS J. WYSOCKI
CHIEF DEPUTY of OPERATIONS

cc:   James W. McCormack

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
Room A149
LITTLE ROCK, ARKANSAS 72201

**JAMES W. McCORMACK**
**CLERK**

PHONE 501-604-5351
FAX 501-604-5321

July 3, 2012

Ms. Tina Morgan
1000 Rice Belt Avenue
Dewitt, Arkansas 72042

    Re:    Western District of Arkansas No. 6:11CV06057 RTD;
               *Tina Morgan v. Pike County Jail, et al*

Dear Ms. Morgan:

    This is in response to your letter dated April 9, 2012, in which you explained the difficulties you were having in getting a response to your letters from the Clerk's office for the Western District of Arkansas. Listed below is the name and mailing address for the Clerk of Court for the Western District of Arkansas and the District Judge who presided over your civil case.

Christopher R. Johnson, Clerk
United States District Court
Judge Isaac C. Parker Federal Building
30 South Sixth Street, Room 1038
Fort Smith, Arkansas 72901

Honorable Robert T. Dawson
United Sates District Court
Post Office Box 1624
Fort Smith, Arkansas 72902-1624

Thank you.

                              Sincerely,

                              DENNIS J. WYSOCKI

cc:    James W. McCormack

This information came from the following:

Wrightsville Hawkins Unit Mail Room

501-897-5577

Dates and Who legal mail was received by Tina Morgan from:

August 5, 2011 US District Court
September 1, 2011 US District Court
September 14, 2011 US District Court Fayetteville
November 4, 2011 US District Court
December 7, 2011 US District Court Texarkana

(All info was received by personal from Wrightsville Mail office)

Copy

10/12/11
2/12/12

6:11

Re: Western Dist. of AR. Civil No. 006057
Tina Morgan Vs. Pike County jail et al

Could you let me know what action has been taken place on this case? I haven't heard back from anyone in over 30 days.

On or about Aug. 30, 2010 i filed a renewed request for Counsel and motion for Discovery i never recieved my file mark copy back or anything letting me know it had been filed.

Thank You
Tina Morgan
Tina Morgan

Alma Morgan
1000 Rice Belt Ave.
Dewitt, Ar. 72042

Att.

Honorable Robert T. Dawi
United States Dist. Court
P.O. Box 1624
Fort Smith, AR. 72902-1623

