IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TINA MORGAN                                                                                          PLAINTIFF

      v.                                    Civil No. 6:12-cv-06098

PRESTON GLEN;
KENNY WHITE; and
PAUL COWART                                                                                       DEFENDANTS

## JUDGMENT

Plaintiff proceeds in this matter *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is a Joint Motion to Dismiss (ECF No. 66) filed by Plaintiff and Defendants Preston Glenn, Kenny White, and Paul Cowart. In the Motion, the Parties indicate they have entered into a settlement agreement and request Plaintiff's remaining claims against Defendants Glenn, White, and Cowart be dismissed with prejudice.

For the foregoing reasons, the Joint Motion to Dismiss (ECF No. 66) is **GRANTED.** Plaintiff's claims against Defendants Glenn, White, and Cowart are dismissed with prejudice and this matter is closed.

**IT IS SO ORDERED** this **15th day of June 2015.**

.

                                    /s/ Barry A. Bryant
                                    HON. BARRY A. BRYANT
                                    UNITED STATES MAGISTRATE JUDGE